NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPENDINGMONEY LLC,**
*Plaintiff-Appellant,*

**v.**

**AMERICAN EXPRESS CO.,**
*Defendant-Appellee.*

**and**

**VISA USA INC.,**
*Defendant-Appellee.*

---

2012-1481

---

Appeal from the United States District Court for the District of Connecticut in No. 08-CV-1376, Judge Stefan R. Underhill.

---

**JUDGMENT**

---

ROBERT JEFFREY VEAL, Smith Gambrell & Russell, LLP, of Atlanta, Georgia, argued for plaintiff-appellant. With him on the brief was MATTHEW P. WARENZAK; and JOSEPH M. PASTORE, III, of New York, New York.

PETER J. ARMENIO, Quinn Emanuel Urquhart & Sullivan, LLP, of New York, argued for defendant-appellee, American Express Co., and DAVID COTTA, Edwards Wildman Palmer LLP, of Boston, Massachusetts, argued for defendant-appellee, Visa USA Inc. With them on the brief was PETER J. CUO, Edwards Wildman Palmer LLP, of Boston, Massachusetts, for Visa USA Inc. Of counsel were JOHNATHAN B. TROPP, Day Pitney, LLP, of Stamford, Connecticut, for defendant appellee, American Express Co. and DEBORAH HIGASHI DODGE, Edwards Angel Palmer & Dodge, LLP, of Boston, Massachusetts, for defendant-appellee, Visa USA, Inc.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and WALLACH, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 12, 2013     /s/ Jan Horbaly
Date            Jan Horbaly
               Clerk